AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

KEITH ALLISON, et al,

                Plaintiffs,

                v.

EDWARD F. SHEA, JAMES L. ROBART, STEPHEN S. TROTT, W. FLETCHER, and JOHNNIE B. RAWLINSON,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-3020-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Of Dismissal With Prejudice entered on May 28, 2010, Ct. Rec. 12, the Complaint herein is dismissed with prejudice.

| | |
|---|---|
| May 28, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |